**Order of May 28, 2015 Withdrawn; Order filed July 14, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00106-CR
_____

**JOE GRACIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1434158**

---

## ORDER

On May 28, 2015, this court directed the Harris County District Clerk to file a supplemental clerk's record containing the trial court's judgment. The District Clerk subsequently informed this court that the trial court's order was contained in the clerk's record filed May 20, 2015. Therefore, we withdraw the court's order of May 28, 2015.

PER CURIAM